**Order entered August 25, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00215-CV

**MARSHA DENISE DILLON, BENEFICIARY, ON BEHALF OF THE ESTATE OF BASKIN J. CULPEPPER AND MARSHA DILLON, INDIVIDUALLY, Appellants**

**V.**

**KIMBERLY KING, Appellee**

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-17-01307-2**

### ORDER

Before the Court is appellants' August 22, 2020 motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than August 31, 2020.

/s/    KEN MOLBERG
JUSTICE